IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Boston Division

GERALD O'SHEA,

      Plaintiff

vs.                         Civil Action No.: 04-10976(NMG)

NATIONAL RAILROAD
PASSENGER CORPORATION,

      Defendant

**PROPOSED JOINT SCHEDULING PLAN**
**PURSUANT TO RULE 16(B) AND 26(F)**

    1.    <u>Statement of the Case</u>

This case involves a personal injury action brought pursuant to an Act of Congress known as the Federal Employer's Liability Act (FELA), 45 U.S.C., Sec. 51 et seq. Gerald O'Shea worked for the defendant from 1976 to present, as a carman.

As a result of his job duties, Plaintiff was exposed to the occupational risk factors for exposure to toxic and/or pathogenic dusts, fumes, vapors, mists or gases including asbestos. It is Plaintiff's claim that as a result of the Defendant's negligence, Plaintiff was diagnosed with asbestosis.

Defendant failed to provide Plaintiff with a safe work environment under the FELA, specifically, failing to adequately warn Plaintiff of the risks, dangers and harm to which he was exposed in working with, touching or inhaling toxic and/or pathogenic dusts, fumes, vapors, mists or gases, including asbestos.

The Defendant denies Plaintiff's claims and further denies that its' alleged negligence was the proximate cause of Plaintiff's injuries.

2. <u>Joint Discovery Plan</u>

The attorneys for the parties have reached an agreement for a proposed Pretrial schedule as follows:

(a) All additional parties shall be joined by January 14, 2005.

(b) Amendment of pleadings shall be completed by January 14, 2005.

(c) Parties will exchange initial disclosures by February 14, 2005.

(d) All fact discovery should be completed by June 30, 2005.

(e) All experts who may be witnesses for the Plaintiff shall be designated no later than September 30, 2005.

(f) All experts who may be witnesses for the Defendant shall be designated no later than October 28, 2005.

(g) All expert discovery shall be completed by November 30, 2005.

(h) All motions for Summary Judgment to be filed by December 30, 2005.

Thomas J. Joyce, III, Esq., of Hannon & Joyce, and Michael J. McDevitt, of Lawson & Weitzan, LLP, counsel for Plaintiff Gerald O'Shea, and Paul Sahovey, Esq. of Massachusetts Bay Transportation Authority, counsel for Defendant, National Railroad Passenger Corporation, have

12/08/2004 12:45 FAX 2154464479          H                                    ☐002
Case 1:04-cv-10976-NMG   Document 7   Filed 12/08/2004   Page 3 of 3
Page 5
Paul Sahovey - o'shea joint scheduling plan1.doc

conferred concerning the above discovery schedule and expenses.

Counsel for the parties have discussed informally exchanging discovery to reduce the cost of litigation to our clients and agreed to conform to the obligation to limit discovery set forth in F.R.C.P. 26(b). Discovery is expected to include all relevant information including but not limited to Plaintiff's work and medical history as well as Defendant's safety, medical and environmental efforts regarding exposure to toxic and/or pathogenic dusts, fumes, vapors, mists or gases, including asbestos.

The parties and their respective counsel have conferred regarding settlement.

Dated: December 7, 2004

Respectfully Submitted,

ATTORNEY FOR PLAINTIFF

Thomas J. Joyce, III, Esq.
HANNON & JOYCE
Public Ledger Building, Suite 1000
150 S. Independence Mall West
Philadelphia, PA 19106
215-446-4460

Michael J. McDevitt, Esq.
Lawson & Weitzen
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
617-439-4990
Local Counsel for Plaintiff

ATTORNEY FOR DEFENDANT

Paul Sahovey, Esq.
Massachusetts Bay
Transportation Authority
10 Park Plaza
Boston, MA 02116-3974
617-222-3189