IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Boston Division

GERALD O'SHEA,

        Plaintiff

vs.                           Civil Action No.: 04-10976(NMG)

NATIONAL RAILROAD
PASSENGER CORPORATION,

        Defendant.

### RULE 16(O)(3) CERTIFICATION

      This is to certify that the Plaintiff, Gerald O'Shea, and his counsel, Thomas Joyce, Esq. and Michael J. McDevitt, Esq., have conferred to establish a budget for the full litigation of the above-captioned matter as well as a budget for various alternative courses. Gerald O'Shea and his counsel have further discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs, and he needs to develop further information before he can decide whether the case is appropriate for settlement, ADR or full litigation.

      Respectfully Submitted,

ATTORNEY FOR PLAINTIFF                     ATTORNEY FOR PLAINTIFF

_____                   _____
Thomas J. Joyce, III, Esq.                       Michael J. McDevitt, Esq.
HANNON & JOYCE                                 LAWSON & WEITZEN, LLP
                                                          Local Counsel for Plaintiff

PLAINTIFF

_____
Gerald O'Shea

Dated: December 15, 2004