UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10976 NMG

GERALD O'SHEA
    Plaintiff

vs.

NATIONAL RAILROAD
PASSENGER CORPORATION,
    Defendant

## RULE 16(O)(3) CERTIFICATION

    This is to certify that the Defendant, National Railroad Passenger Corporation, and its counsel, Paul J. Sahovey, Esq. have conferred to establish a budget for the full litigation of the above-captioned matter as well as a budget for various alternative courses. National Railroad Passenger Corporation and its counsel, Paul J. Sahovey, Esq. has further discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs and needs to develop further information before it can decide whether the case is appropriate for settlement, ADR or full litigation.

_____
Paul J. Sahovey

_____
Seth A. Starr  *Claims Agent*
National Railroad
Passenger Corporation

Dated:    December 8, 2004