UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Gerald O'Shea,
       Plaintiff

v.                                                  Civil Action No. 04-10976-NMG

National Railroad Passenger Corp.,
       Defendant

## SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

      The Court having been advised by counsel on 2/23/2006 that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

                                                    By the Court,

                                                  /S/ Craig J. Nicewicz

2/23/06                                    _____
  Date                                     Craig J. Nicewicz
                                            Courtroom Clerk