UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALD O'SHEA, | : |
| Plaintiff, | : |
| VS. | : C. A. NO. 04-10976-NMG |
| NATIONAL RAILROAD PASSENGER CORPORATION, | : |
| Defendant, | : |

## STIPULATION OF DISMISSAL

Now come the parties to the above-captioned action and, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims have been settled and amicably resolved and this action may be dismissed with prejudice, without costs or expenses including attorney's fees and waiving all right of appeal.

DATED:   March 14, 2006

| Plaintiff | Defendant |
|---|---|
| GERALD O'SHEA | NATIONAL RAILROAD PASSENGER CORPORATION |
| By: _[signature]_ | By: _[signature]_ |
| THOMAS J. JOYCE, III, ESQ. | PAUL J. SAHOVEY, ESQUIRE |
| HANNON & JOYCE | MBTA LAW DEPARTMENT |
| Public Ledger Bldg, Suite 1000 | Ten Park Plaza |
| 150 South Independence Mall West | Boston, MA 02116 |
| Philadelphia, PA 19106 | |

Local Counsel for Plaintiff

By: /s/ Michael J. McDevitt
MICHAEL J. MCDEVITT, ESQ.
LAWSON & WEITZEN
88 Black Falcon Avenue, Suite 345
Boston, MA 02210